**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | Case No. 1:03-md-01570-GBD-SN<br>1:04-cv-07065-GBD-SN |

**This Document Applies To:**

*In Re: Terrorist Attacks on September 11, 2001*, 1:03-md-01570-GBD-SN
*Cantor Fitzgerald Associates, L.P. v. Akida Investment Co., Ltd.*, 1:04-cv-07065-GBD-SN

## NOTICE OF WITHDRAWAL OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned hereby requests that the Clerk's Office acknowledge that, at least as of 2010, undersigned counsel has not represented Plaintiffs Cantor Fitzgerald & Co., Cantor Fitzgerald Associates, L.P., Cantor Fitzgerald Brokerage, L.P., Cantor Fitzgerald Europe, Cantor Fitzgerald International, Cantor Fitzgerald Partners, Cantor Fitzgerald Securities, Cantor Fitzgerald, L.P., Cantor Index Limited, CO2e.com, LLC, eSpeed Government Securities, Inc., eSpeed, Inc., eSpeed Securities, Inc., TradeSpark, L.P., Port Authority of New York and New Jersey, Port Authority Trans- Hudson Corporation, and WTC Retail LLC ("Plaintiffs"), and respectfully requests that the Clerk remove him form the electronic filing notice and mailing matrix.

Please note that David A. Paul remain as counsel for the above Plaintiffs (1:03-md-01570-GBD-SN at ECF Doc. Nos. 5323 at 5324 and 1:04-cv-07065-GBD-SN at ECF Doc. No. 617).

2

|  |  |
|---|---|
| Dated: New York, New York<br>August 19, 2024 | COHEN ZIFFER FRENCHMAN &<br>MCKENNA LLP<br><br>/s/ Andrew N. Bourne<br>Andrew N. Bourne<br>1325 Avenue of the Americas, 31st Floor<br>New York, NY 10019<br>Tel: (212) 584-1805<br>Fax: (212) 584-1891<br>abourne@cohenziffer.com |