UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Cantor Fitzgerald Associates, L.P.
(List the full name(s) of the plaintiff(s)/petitioner(s).)

1:04 CV 07065 (GBD)(SN)

-against-

**NOTICE OF APPEAL**

Akida Bank Private Ltd., Et Al.
(List the full name(s) of the defendant(s)/respondent(s).)

Notice is hereby given that the following parties: Cantor Fitzgerald & Co., Cantor Fitzgerald Associates, L.P., Cantor Fitzgerald Brokerage, L.P. (now known as BGC Environmental Brokerage Services, L.P., Cantor Fitzgerald Europe, Cantor Fitzgerald International (now known as BGC International),

Cantor Fitzgerald Partners (now known as Seminole Financial), Cantor Fitzgerald Securities, Cantor Fitzgerald, L.P. (now known as BGC Capital Markets, L.P.), Cantor Index Limited, CO2e.com (now known as Cantor C02e, LLC), eSpeed Govenment Securities, Inc. (now known as eSpeed Brokerage, L.P.), eSpeed, Inc. (now known as BGC Partners, Inc.), eSpeed Securities, Inc. (now known as Aqua Securities, L.P.) and TradeSpark, L.P. (collectively the "Cantor Fitzgerald Plantiffs")

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the   ☑ judgment   ☐ order   entered on: 01/06/2025
(date that judgment or order was entered on docket)

that:

granted Defendant Dubai Islamic Bank's motion for summary judgment for lack of personal jurisdiction.
(If the appeal is from an order, provide a brief description above of the decision in the order.)

02/04/2025
Dated

Signature

Paul, David, A.
Name (Last, First, MI)

110 E. 59th Street    New York    New York    10022
Address              City         State        Zip Code

212-610-2298         dpaul@cantor.com
Telephone Number     E-mail Address (if available)

*Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

Rev. 12/23/13